## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:20-cv-23335-GAYLES/OTAZO-REYES

AST & SCIENCE LLC,

      Plaintiff/Counterclaim Defendant,

v.

DELCLAUX PARTNERS SA,

      Defendant/Counterclaim Plaintiff.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 45] regarding Plaintiff AST & Science LLC's Motion to Dismiss Defendant's Amended Counterclaim (the "Motion") [ECF No. 21]. On August 11, 2020, Plaintiff brought this action against Defendant. [ECF No. 1]. On December 29, 2020, Defendant Delclaux Partners SA filed its Amended Answer and Affirmative Defenses and Counterclaims. [ECF No. 17]. On January 7, 2021, Plaintiff filed the instant Motion attacking the Court's subject matter jurisdiction as to Defendant's Counterclaims. [ECF No. 21]. On April 30, 2021, the Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 38]. On June 28, 2021, Judge Otazo-Reyes issued her Report recommending that the Court deny Plaintiff's Motion. Plaintiff timely filed objections, [ECF No. 46], but Defendant did not respond.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Otazo-Reyes's analysis and conclusion that Plaintiff's Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 45], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff AST & Science LLC's Motion to Dismiss Defendant's Amended Counterclaim, [ECF No. 21], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of August, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE